UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

FILED
AUG 1 4 1998
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
AUG 1 7 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

USA

versus

Newlin

§
§
§
§
§
§
§

CIVIL ACTION B-97-71

## Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed August 14, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge